FILED
 2009 Oct-26  PM 03:14
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHERRY LEWIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 5:09-cv-01679-HGD |
| | ) |
| **GENERAL REVENUE CORPORATION** | ) |
| **Defendant** | ) |

## PLAINTIFF'S MOTION TO VOLUNTARY DISMISS CLAIMS AGAINST GENERAL REVENUE CORPORATION

Comes now Sherry Lewis and respectfully requests this Honorable Court to dismiss Plaintiff's claims against General Revenue Corporation as follows:

1. The Plaintiff and Defendant have resolved their differences and desire that the claims against the Defendant General Revenue Corporation be **dismissed with prejudice**, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of **dismissal with prejudice** against the Defendant General Revenue Corporation.

        Respectfully Submitted,

        /s/ John G. Watts
        **John G. Watts**
        **Attorney for Plaintiff**

**OF COUNSEL:**
Watts Law Group, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattslawgroup.com

        /s/ M. Stan Herring
        **M. Stan Herring**
        **Attorney for Plaintiff**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
(888) 522-7167 *facsimile*
msh@mstanherringlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 26th Day of October, 2009.

        /s/ John G. Watts
        Of Counsel