FILED

2009 Oct-30  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERRY LEWIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  5:09-cv-01679-HGD |
| | ) | |
| GENERAL REVENUE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |

## DISMISSAL ORDER

Plaintiff has filed a Motion to Dismiss.  (Doc. #5).  It is ORDERED, ADJUDGED and DECREED that plaintiff's motion is GRANTED, and this action is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 30th day of October, 2009.

_____

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**